IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAVID M. MAGNUSON, | |
|---|---|
| Plaintiff, | 7:18CV5007 |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | **ORDER** |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED that the court's scheduling letter, (Filing No. 9), and all deadlines within it are vacated.

August 7, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge